**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Lidia Maritza Alvarado De-Duran,
Petitioner,
v.
Pamela Bondi, et al.,
Respondents.

No. CV-26-02296-PHX-MJM--CDB

**ORDER**

On April 14, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to her detention. (Doc. 9.) On October 8, 2026, Petitioner filed a Notice of Non-Compliance, indicating that she is currently detained. (Doc. 16.)

**IT IS ORDERED** Respondents must file a response to Petitioner's Notice of Non-Compliance no later than **October 13, 2026 at 12:00 PM**. The response must explain the basis for Petitioner's redetention.

DATED this 9th day of October, 2026.

Michael J. McShane
United States District Judge